UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL S. MURRAY,<br><br>      Plaintiff,<br><br>  -against-<br><br>SERGEANT FOX, ET AL.,<br><br>      Defendants. | 25 CIVIL 5604 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the July 11, 2025, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

  SO ORDERED.

Dated: July 16, 2025

   New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
              Chief United States District Judge